## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Patrick Randell McIntosh,                        Case No. 23-cv-1832 (PJS/DLM)

                Petitioner,

v.                                                        **ORDER ON REPORT**
                                                 **AND RECOMMENDATION**
Warden Rardin,

                Respondent.

The above-entitled matter came before the Court upon the Reports and Recommendations of the United States Magistrate Judge. No objections have been filed to the Reports and Recommendations in the time period permitted.

Based upon the Reports and Recommendations of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Reports and Recommendations (Docs. 13 and 18) are **ADOPTED**;

2. Petitioner Patrick Randell McIntosh's Petition (Doc. 1) is **DENIED** as to Grounds 1—4;

3. The Exhibit to Mr. McIntosh's Petition (Doc. 1-1) is **DENIED** as to Grounds 1—4;

4. This action is **DISMISSED**; and

5. Mr. McIntosh's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 5) is **DENIED** as moot.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: March 4, 2024                    _s/Patrick J. Schiltz_____
                                        PATRICK J. SCHILTZ
                                        Chief Judge United States District Court